UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

              Plaintiff,

                                   Case No.  15-CR-20652-6

   vs.                            HON.  GEORGE CARAM STEEH

D-6 ROBERT M. BROWN II,

              Defendant.

_____/

### ORDER STRIKING JUDICIAL NOTICE OF FRAUD [DOC. 266]

Defendant Robert M. Brown II, although represented by counsel, has filed judicial notice of fraud based on alleged violations of the Speedy Trial Act, as well as violations of constitutional rights.  A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel.  28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). Accordingly,

IT IS ORDERED that the Clerk hereby STRIKE defendant's judicial notice of fraud [doc. 266].

Dated:  August 3, 2016

                             s/George Caram Steeh_____
                             GEORGE CARAM STEEH
                             UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon Robert Brown II
#275201, Sanilac County Jail, 65 N. Elk Street, Sandusky, MI
48471 and attorneys of record on
August 3, 2016, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk