UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 15-CR-20652-6
vs.                              HON. GEORGE CARAM STEEH

D-6 ROBERT M. BROWN II,

        Defendant.
_____/

### ORDER STRIKING MOTION TO DISMISS [DOC. 275]

Defendant Robert M. Brown II, although represented by counsel, has filed a *pro se* motion to dismiss due to an alleged violation of the Speedy Trial Act. A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel. 28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). Accordingly,

IT IS ORDERED that the Clerk hereby STRIKE defendant's *pro se* motion to dismiss [doc. 275].

Dated: August 16, 2016

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Robert Brown II
#275201, Sanilac County Jail, 65 N. Elk Street, Sandusky, MI
48471 and attorneys of record on
August 16, 2016, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 15-CR-20652-6
vs.                                       HON. GEORGE CARAM STEEH

D-6 ROBERT M. BROWN II,

        Defendant.
_____/

### ORDER STRIKING MOTION TO DISMISS [DOC. 275]

Defendant Robert M. Brown II, although represented by counsel, has filed a *pro se* motion to dismiss due to an alleged violation of the Speedy Trial Act. A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel. 28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). Accordingly,

IT IS ORDERED that the Clerk hereby STRIKE defendant's *pro se* motion to dismiss [doc. 275].

Dated: August 16, 2016

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon Robert Brown II
#275201, Sanilac County Jail, 65 N. Elk Street, Sandusky, MI
48471 and attorneys of record on
August 16, 2016, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk