FILED

May 3, 2023

DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-1211

UNITED STATES OF AMERICA,

      Plaintiff-Appellee,

v.

ROBERT M. BROWN, II,

      Defendant-Appellant.

Before: BATCHELDER, WHITE, and STRANCH, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk