UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

To: CLERK OF THE COURT

From: ROBERT BROWN II        REG # 54450-039

CASE # 2:15-20652-GCS-DRG:        ②

REASON: CHANGE OF ADDRESS

PLEASE UPDATE THE RECORDS IN THIS CASE TO REFLECT THAT MR BROWN HAS BEEN TRANSFERED FROM ONE FEDERAL PRISON TO ANOTHER AND HAS PENDING MOTIONS IN THIS COURT, PLEASE FORWARD ANY RULINGS OR UPDATES TO THE ADDRESS LISTED BELOW;

RESPECTFULY,

NEW FORWARDING ADDRESS:

Robert Brown
MR ROBERT BROWN II

F.C.I. TALLADEGA
PO BOX 1000
TALLADEGA, ALA
35160

3/27/2026

**FILED**
APR 03 2026
CLERK'S OFFICE
DETROIT

CERTIFICATE OF SERVICE

ON THIS 3 DAY OF 27 THE YEAR OF 26 THIS REQUEST WAS MAILED TO THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT.

Case 2:15-cr-20652-GCS-DRG   ECF No. 2164, PageID.36514   Filed 04/03/26   Page 2 of 2

NAME: MR ROBERT BROWN II

REG. NO. 54450-039

FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

BIRMINGHAM AL  350

30 MAR 2026  PM 5  L

RECEIVED
APR 03 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
C/O CLERK OF THE COURT
231 WEST LAFAYETTE BLVD.
DETROIT, MICHIGAN, 48226

"LEGAL MAIL"   "MAIL BOX RULE ___"   48226-279426